1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:     415/674-9900

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES: HELPING YOU
   HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>THAI ME UP, INC., a California corporation; BIG HEART CITY, LLC; and KANIKA CHAKKAPHAK, an individual dba VIDEO CAFÉ,<br><br>            Defendants. | **CASE NO.  CV-08-4574-CRB**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION** |

Plaintiffs CRAIG YATES and defendants THAI ME UP, INC., a California corporation; BIG HEART CITY, LLC; and KANIKA CHAKKAPHAK, an individual dba VIDEO CAFÉ by and through their respective counsel, respectfully request and stipulate, as follows:

1.    WHEREAS, defendants THAI ME UP, INC., a California corporation; BIG HEART CITY, LLC; and KANIKA CHAKKAPHAK, an individual dba VIDEO CAFÉ filed their answer to the complaint on November 25, 2008;

2.    WHEREAS, due to scheduling conflict, the parties will be unable to hold the joint site inspection of the premises by January 9, 2009, as Ordered by General Order 56, ¶3,4;

3. WHEREAS, the parties are scheduled to conduct the joint site inspection of the subject premises no later than January 29, 2009; and

4. WHEREAS, the parties, hereto agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including January 29, 2009.

Respectfully Submitted,

Dated: December 30, 2008
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/S/_____
Thomas E. Frankovich
Attorney for Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Date: December 31, 2008
JONATHAN L. PIPER,
LIPTON & PIPER, LLP

By: _____/S/_____
Jonathan L. Piper
Attorney for Defendants THAI ME UP, INC., a California corporation; BIG HEART CITY, LLC; and KANIKA CHAKKAPHAK, an individual dba VIDEO CAFÉ

**ORDER**

IT IS SO ORDERED that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including January 29, 2009.

Dated: January 05, 2009 ~~, 2008~~ _____
Honorable Charles R. Breyer
United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]