**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   CRAIG YATES,                              No. C 08-04574 CRB
12            Plaintiff,                       **ORDER OF DISMISSAL**
13      v.
14   THAI ME UP INC,
15            Defendant.
16                                           /
17          The parties hereto, by their counsel, having advised the Court that they have agreed to a
18   settlement of this case,
19          IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,
20   however, that if any party hereto shall certify to this Court, within thirty days, with proof of service
21   of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been
22   delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to
23   the calendar to be set for trial.
24
25   Dated: December 8, 2009                   _____
                                               CHARLES  R. BREYER
26                                             UNITED STATES DISTRICT JUDGE
27
28